**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES,

    Plaintiff,

v.

Case No. 08-CR-20499
10-CV-12762

PETER LUKASAVITZ,

    Defendant.
                            /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

In accord with the "Opinion and Order Denying Defendant's 28 U.S.C. § 2255 Motion,"

IT IS ORDERED that the clerk close the case.[1]

                              S/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: April 19, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 19, 2013, by electronic and/or ordinary mail.

                              S/Lisa G. Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522.

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes a separate document, and no other "judgment" will issue.